UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR ENCARNACION-LAFONTAINE,

                Petitioner,

-v-

UNITED STATES OF AMERICA,

                Respondent.

CIVIL ACTION NO.: 20 Civ. 1170 (JSR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Petitioner's letter at ECF No. 14.  The Court does not construe the one-line request for compassionate release as a Motion for Compassionate Release, and will thus not require Respondents to address the request.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at the below address.

Dated:       New York, New York
               February 11, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Edgar Encarnacion-Lafontaine
            Reg. No. 66452-054
            Moshannon Valley Correctional Center
            555 Geo Drive
            Philipsburg, PA 16866-8139