UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR ENCARNACION-LAFONTAINE,

                    Petitioner,

        -v-                                                  CIVIL ACTION NO.: 20 Civ. 1170 (JSR) (SLC)

UNITED STATES OF AMERICA,                                    **ORDER**

                    Respondent.

**SARAH L. CAVE,** United States Magistrate Judge.

        On Friday, March 11, 2022, the Court received a voicemail from Niurka Encarnacion, the sister of Petitioner Edgar Encarnacion-Lafontaine, seeking relief on Petitioner's behalf.  As the Court has advised Ms. Encarnacion on two occasions, "the law is clear that 'a person ordinarily may not appear pro se in the cause of another person or entity,' even where 'the person bringing the action on behalf of another person has power of attorney.'"  (ECF No. 18; see  United States v. Encarnacion-Lafontaine, 13 Cr. 30 (JSR), ECF No. 198 at 2 (quoting Rumph v. City of New York, 18 Civ. 8862 (CM), 2019 WL 1900335, at *1 (S.D.N.Y. 2019)) (internal citation omitted).  Accordingly, the Court will not take any further action on Ms. Encarnacion's request.

        Mr. Encarnacion-Lafontaine is advised of his ability to seek free legal advice from the New York Legal Assistance Group's legal clinic for pro se litigants, by visiting its website at nylag.org/pro-se-clinic/ or by calling (212) 659-6190.  This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at the below address.

Dated:          New York, New York
                March 14, 2022

                                SO ORDERED.


                                SARAH L. CAVE
                                **United States Magistrate Judge**

Mail to:

Edgar Encarnacion-Lafontaine
Reg. No. 66452-054
Manchester Correctional Facility
P.O. Box 4000
Manchester, KY 40962-4000