UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR ENCARNACION-LAFONTAINE,

                Petitioner,

-v-                                          CIVIL ACTION NO.: 20 Civ. 1170 (JSR) (SLC)

UNITED STATES OF AMERICA,                    **ORDER**

                Respondent.

**SARAH L. CAVE,** United States Magistrate Judge.

       The Court is in receipt of Petitioner Edgar Encarnacion-Lafontaine's letter at ECF No. 24. The Court will issue its report and recommendation on Encarnacion-Lafontaine's Petition in due course.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Encarnacion-Lafontaine.

Dated:        New York, New York
               October 27, 2022

                                                              SO ORDERED.

                                                              **SARAH L. CAVE**
                                                              **United States Magistrate Judge**