UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Edgar Encarnacion-Lafontaine,<br><br>      Plaintiff,<br><br>  -v-<br><br>United States of America. | 20-cv-01170 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On April 5, 2023, the Court received Mr. Encarnacion-LaFontaine's letter requesting an extension to file his objection to Magistrate Judge Cave's Report and Recommendation ("R&R") as to his petition brought under 28 U.S.C. § 2255. See Dkt. No. 27. The Court hereby grants the petitioner until April 21, 2023 to file any objections to the R&R.

    SO ORDERED.

New York, NY
April 7, 2023

                                                  JED S. RAKOFF, U.S.D.J.